UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TONISHA CROWELL,

    Petitioner,

v.                                                                        Case No. 3:22cv9193-LC-HTC

SECRETARY FLORIDA DEPARTMENT
 OF CORRECTIONS,

    Respondent.

_____/

## ORDER

The magistrate judge issued a Report and Recommendation on February 2, 2024 (ECF No. 18). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 18) is adopted and incorporated by reference in this order.

2. The motion to dismiss (ECF Doc. 16) is GRANTED. The petition under 28 U.S.C. § 2254 (ECF Doc. 1) is DISMISSED WITH PREJUDICE as untimely, without an evidentiary hearing.

3. A certificate of appealability is DENIED.

4. The clerk of court is directed to enter judgment accordingly and close this case.

**DONE AND ORDERED** this 5th day of March, 2024.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**